# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

September 30, 2021

## <u>LETTER ORDER</u>

Re:     **<u>Williams v. Radius Global Solutions LLC</u>**
**Civil Action No. 21-10954 (BRM)**

Dear Counsel:

As discussed during the conference held in this matter earlier today, the Court will conduct a settlement conference with the parties on **<u>November 23, 2021 at 2:00 PM</u>**.[1] All counsel and clients with full settlement authority shall participate in the conference. No written submissions are necessary.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**

---

[1] Defendant's request to file a motion for judgment on the pleadings [Dkt. No. 7] is denied without prejudice.