**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

November 23, 2021

## LETTER ORDER

Re:   **Williams v. Radius Global Solutions LLC**
      **Civil Action No. 21-10954 (BRM)**

Dear Counsel:

As discussed during the conference held in this matter earlier today, Defendant is hereby given leave to file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Defendant's motion shall be filed by no later than **January 14, 2022**. Discovery shall be stayed pending disposition of Defendant's forthcoming motion.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**